445 F.2d 864
 UNITED STATES of America, Plaintiff-Appellee,
v.
Burris BURKETT, Defendant-Appellant.
 No. 30636 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 July 26, 1971.
 Rehearing Denied August 27, 1971.
 
 Appeal from the United States District Court for the Southern District of Alabama; Virgil Pittman, District Judge.
 Ian F. Gaston, Mobile, Ala. (Court-appointed), for defendant-appellant.
 C. S. White-Spunner, Jr., U. S. Atty., Irwin W. Coleman, Jr., Asst. U. S. Atty., Mobile, Ala., for plaintiff-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966